UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIDEOLABS, INC., et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC., et al.,<br><br>                Defendants. | CASE NO. C22-1451JLR<br><br>ORDER TRANSFERRING CASE |

On October 11, 2022, The Honorable Alan D. Albright, United States District Judge for the Western District of Texas, granted Defendants Amazon.com, Inc. and Amazon Web Services, Inc.'s (collectively, "Amazon") motion to transfer this matter from the Western District of Texas to this court. (Transfer Order (Dkt. # 91) (sealed).) The transfer was perfected, and this court assumed jurisdiction, on October 13, 2022, when the case was docketed in this court. *See NBS Imaging Sys., Inc. v. U.S. Dist. Court for E. Dist. of Cal.*, 841 F.2d 297, 298 (9th Cir. 1988); (10/13/22 Dkt. Entry (Dkt. # 92); Letter re Receipt of Case (Dkt. # 98)).

ORDER - 1

On October 13, 2022, Plaintiffs VideoLabs, Inc. and VL Collective IP, LLC (collectively, "VideoLabs") filed a motion in the original Western District of Texas action to stay the transfer of this case pending a decision on their motion for clarification and reconsideration of Judge Albright's transfer order. *See* Motion to Stay, *VideoLabs, Inc. v. Amazon.com, Inc.*, No. 6:22-cv-00079-ADA (W.D. Tex.), Dkt. # 94. Because the case had already been docketed in this court when VideoLabs filed the motion, however, the Western District of Texas no longer has jurisdiction to decide VideoLabs's motions to stay and for clarification and reconsideration. *NBS Imaging Sys., Inc.*, 841 F.2d at 298; *In re Red Barn Motors, Inc.*, 794 F.3d 481, 484 (5th Cir. 2015).

Judge Albright has requested that the case be transferred back to the Western District of Texas so that he may consider the pending motions. The court respectfully GRANTS Judge Albright's request and TRANSFERS this case back to the United States District Court for the Western District of Texas. *See In re Red Barn Motors, Inc.*, 794 F.3d at 484; *In re Warrick*, 70 F.3d 736, 739-40 (2d Cir. 1995).

Dated this 28th day of October, 2022.

JAMES L. ROBART
United States District Judge